**EMERGENCY MOTION**

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Jamal F. Woodley SR.
*Petitioner*

Judge David C. Young
John R. Cornely (Prosecutor II)
Larry Thomas (Paid Attorney)
Evan Poole, M. Cathrine Kurlia — Court Appointed
Frederick Benton Jr
Toure' McCord
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case: 1:24-cv-00501
Assigned To : Unassigned
Assign. Date : 2/13/2024
Description: Pro se Civ. Gen. (G-Deck)

Case No. _____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Jamal F. Woodley SR.
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Franklin County Correctional Center
   (b) Address: 2551 Fisher Rd., Columbus, Ohio, 43204

   (c) Your identification number: 0148131
3. Are you currently being held on orders by:
   ☐ Federal authorities  ☐ State authorities  ☒ Other - explain:
   County jail Pretrial Detainee
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Franklin County Common Pleas Court Judge David C. Young, Courtroom 7A, 345 S. High St. Columbus, Ohio
   (b) Docket number, case number, or opinion number: 20CR1580, 20CR5528, 22CR5196
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   ① Detective Guy G. Grinstead Fraudulent Search Warrant, To Prosecutor John R. Cornely Resulting in indicted charges, Suppression ② Hearing Held Never Rule on for 14 months ③ Larry Thomas waive my Rights without consent ④ Multiple Speedy Trial violations.
   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: In order To Appeal, There Has To Be Journal Entry for Each waiver Explained in open court, on Record, not Even once Have I Been Advised By Five Attorneys in 22 months.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: *Same Answer as in 7b*

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: *Same Answer as in 7b*

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Because in Franklin County Common Pleas Court's They Have made it virtually impossible to Appeal Anything. By Limiting my Appearance in open Court. It has Become A Common Practice for The Judge, Prosecutor, And Paid Attorney also court Appointed Attorneys to waive the Defendants Rights to Speedy Trial without consent or Explaination which goes against Rules of Practice of Court of Common Pleas Rule 79-Continuances, Says defendant Signature is to be obTained They are breaking There own Rules.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Whitehall Police Department Detective Guy Grinstead came to 2486 Tannery Ct. with a Search Warrant that was Not Sign By a Judge At The time Whitehall Arrive I was Arrested.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
On 3.24.22 Detective Guy Grinstead Reported, AT 10:00 a.m I was Arrested. I was Booked in Franklin jail Columbus, Ohio AT 10:30 a.m. Judge Jodi L. Thomas in Municpal Court Sign the Warrant Electronically AT 1:26 p.m. on 3.24.22

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes ☐ No

**GROUND TWO:** Larry Thomas Held a Suppression Hearing on 4.18.22 AT The End of the Hearing he ask The court for 30 days to File A memorandum. @Larry Thomas file a Entry of Continuavace on 7.26.22 with someone Else Name. Plus waive my Rights to Speedy Trial.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Larry Thomas ask The court to File a memorandum in support of Hearing, court Judge David C. Young ask if 30 days were enough Time. Larry Thomas lied on Record Never Filed memorandum Judge David C. Young Never Ruled on Suppression Hearing for 14 months. Larry Thomas Sign no name without my Consent. Sign James Woodly on 7.26.22 Then Filed it in Franklin County Criminal Divison with forged fraudulent Name. Violated Rule 79.01

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes ☐ No

**GROUND THREE:** Evan Poole, And M. Catherine Kurlia were court Appointed Attorney Sent me legal mail Stating they Knew how many cases I was charge with because I had been ask Frederick Benton jr. Toure' McCord for violation of Speedy Trial Hearing.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Evan Poole and M. Catherine file a Speedy Trial violation Hearing, but intentionally left case # 22CR5196 of the hearing and Told me Evan Poole said it was Strategic. When the reality was I was charged with 20CR1580, 20CR5528 22CR5196, but deliberately left it off and it is over 400 days in violations According To Ohio Revise Code 2945.71, 72 C2.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes ☐ No

GROUND FOUR: John R. Cornley Prosector Along with Evan Poole And M. Cathrine Kurlia choose Not to honor my Request And left case # 22CR5196 off his Plaintiff's Exhibit A Knowing it was in violation at The time of Hearing Nov. 20, 2023 court Room 7A Judge David C. Young

(a) Supporting facts (Be brief. Do not cite cases or law.):
On June 6, 2023 John R. Cornley gave Touré McCord a Speed Trial Calculations for 20CR1580, 20CR5528, 22CR5196 I have been Asking Attorneys To get my cases Dismiss, because the time for Trial has Expire when the burden shifed John R. Cornley he Neglected to do his duty, And Remove The case 22CR5196 From Plaintiff's Exhibit A This case has Never been before The Trial Judge in 22 months of sitting in jail in lieu of Bail.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Yes There are grounds that I did not present that are missing because of not enough space. Please Review my Civil Docket for Case 1:23-cv-03934-UNA. For more information and other violations.

**Request for Relief**

15. State exactly what you want the court to do: The Relief I am Requesting is for The Franklin County Common Pleas, Judge David C. Young, John R. Cornley Larry Thomas, All court Appointed Attorneys To All Be Held Accountable For Blatantly Ignoring And disregarding my Constitutional Given Rights to A Speedy Trial. For Also Disregarding my Constitutional Given Right to Sufficent Counsel. I've been Held in This county jail for well over the 270 days Time Limit, 22 months as of Today Without Being properly advised By my Attorneys, or Even Having An Hearing that was misrepresented by The Attorney 4.18.22 Larry Thomas, 6.1.23 Frederick Benton Jr walks away, because he says on Record, If Mr. Woodley says Anything About his Speedy Violations I will have to walk away, And he did. Nov. 20, 2023 Evan Poole, And M. Cathrine Kurlia Held A Helding for Speedy Trial Violations in Judge David C. Young court 7A I ask Each why was case # 22CR5196 missing, And That I've been Arrested and charged Since 3-24-22 Also I lost my oldest Son Jamal F. Woodley jr on 12-9-22, And my Rights has been Violated, But did not do what I ask, But choose To deceive me with The Removal of The youngest case with the two Unprofessional behavior, And lack of Preparation As well failure to follow Through with Rules of Professional Responsibility Nor has case # 22CR5196 Ever been Before Judge David C. Young with 5 court Appointed Attorneys I ask The Judge to Explain And Touré McCord on Record on Sept. 26, 2023 "What Does It Mean When It says Defendant Waives his Right to Speedy Trial in open court The Respond, "Nothing." IF I Am Accused of Breaking The Law. The Judge, Prosecutor As well As Law Enforcement Are There To Hold me Accountable, So Where is The Checks And Balances To Ensure That They Don't Break The Law To up Hold The Law I'm Requesting All Charges Be Dismiss 20CR1580, 20CR5528, 22CR5196 with prejustice Base on The multiple Violations of my Constitutional Given Right To A Speedy Trial As well As The Same Constitutional Right To Sufficent legal Counsel Granting my Immediate Release. Thank you For your Time.

Page 8 of 9

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2-13-24

_Jamad Woodley_
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any